IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a/s/o KENT PFAFF,<br><br>    Plaintiff,<br><br>v.<br><br>DEERE & COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) **ORDER FOR MID-DISCOVERY**<br>) **STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>) Case No. 1:25-cv-157<br>)<br>) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 15, 2026, at 9:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 26th day of August, 2025.

              */s/ Clare R. Hochhalter*
              Clare R. Hochhalter, Magistrate Judge
              United States District Court