# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| American Family Mutual Insurance Company, S.I., a/s/o Kent Pfaff, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:25-cr-157 |
| Deere & Company and Cummins, Inc., | ) ) | |
| Defendants. | ) | |

On May 1, 2026, the court issued an order granting Plaintiff's motion for leave to file an amended complaint adding Cummins, Inc. as an additional defendant. (Doc. No. 31).  On May 5, 2026, Plaintiff filed the amended complaint. (Doc. No. 32).  On May 6, 2026, the parties filed a joint motion to stay the scheduling order due to the addition of Cummins, Inc. (Doc. No. 34).  The court **GRANTS** the parties' joint motion (Doc. No. 34) and stays scheduling and discovery deadlines pending further order.  The court shall schedule a status conference once counsel enters an appearance on behalf of Cummins, Inc.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court